**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/5/20 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  CHERIE SHARP

           Debtor(s)
  Ronda J. Winnecour, Trustee
           Movant
        vs.
  CHERIE SHARP


           Respondents

Case No.15-22593GLT

Chapter 13

Related to Dkt. No. 48

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this    5th   day of   August  2020   , it is hereby ORDERED, ADJUDGED, and DECREED that,

Upmc-Passavant Hospital
Attn Payroll Manager
9100 Babcock Blvd
Pittsburgh,PA 15237

is hereby ordered to immediately terminate the attachment of the wages of CHERIE SHARP, social security number XXX-XX-5912.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHERIE SHARP.

BY THE COURT:

_____  jah
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 15-22593-GLT
Cherie Sharp                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala               Page 1 of 1              Date Rcvd: Aug 05, 2020
                         Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
db            +Cherie Sharp,    172 Deer Creek Valley Road,    Tarentum, PA 15084-2610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
    Gary H. Simone    on behalf of Debtor Cherie  Sharp rishor.simone1@1stcounsel.com
    James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
    Joseph P. Schalk    on behalf of Creditor   NATIONSTAR MORTGAGE LLC jschalk@barley.com,
     sromig@barley.com
    Joshua I. Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                                                                                  TOTAL: 6