Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Cherie Sharp** | : | Case No. 15−22593−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 54 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/2/20 at 11:00 AM |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 29th of September, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 54 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before November 13, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *December 2, 2020 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22593-GLT |
| Cherie Sharp | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Sep 29, 2020 | Form ID: 604 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherie Sharp, 172 Deer Creek Valley Road, Tarentum, PA 15084-2610 |
| 14079082 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, P.O. Box 982235, El Paso, TX 79998 |
| 14107928 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14079084 | | CBNA, PO Box 16119, Philadelphia, PA 19114-0119 |
| 14079083 | | CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14079085 | | CBNA-Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14079087 | | Chase Auto, PO Box 901003, Ft Worth, TX 76101-2003 |
| 14079089 | | Citi Cards, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14121049 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14079092 | | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14079091 | | Fed Loan Services, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14079095 | | Magee Womans Hospital, PO Box 382059, Pittsburgh, PA 15251-8059 |
| 14125441 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, NATIONSTAR MORTGAGE LLC, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS, TX 75261-9741 |
| 14079096 | | Nationstar Mortgage, PO Box 60516, City of Industry, CA 91716-0516 |
| 14089311 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14079097 | | Target National Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 14120284 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14079098 | | UPMC Passavant, P.O. Box 382059, Pittsburgh, PA 15250-8059 |
| 14079099 | + | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 03:13:17 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14079090 | | Email/Text: mrdiscen@discover.com | Sep 30 2020 03:38:00 | Discover, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14086638 | + | Email/Text: dplbk@discover.com | Sep 30 2020 03:43:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14079086 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2020 03:09:35 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14079088 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2020 03:11:20 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 14126499 | | Email/Text: bk.notifications@jpmchase.com | Sep 30 2020 03:40:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 14079093 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2020 03:38:00 | Kohls Department Store, N56W17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14079094 | | Email/PDF: gecsedi@recoverycorp.com | | |

Case 15-22593-GLT   Doc 56   Filed 10/01/20   Entered 10/02/20 01:56:39   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2020 | Form ID: 604 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 30 2020 03:11:10 | Lowes/GEGRB, P.O. Bopx 965004, Orlando, FL 32896-5004 |
| 14113018 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2020 03:41:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14178887 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 03:11:31 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14128152 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 03:09:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14225448 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2020 03:40:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14114693 | + | Email/Text: bncmail@w-legal.com | Sep 30 2020 03:42:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14128015 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2020 03:13:09 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14079100 | | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:11:11 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14079101 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2020 03:13:09 | Worlds Foremost Bank, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 3 of 3 |
| Date Rcvd: Sep 29, 2020 | Form ID: 604 | Total Noticed: 35 |

Gary H. Simone
    on behalf of Debtor Cherie Sharp rishor.simone1@1stcounsel.com

Joseph P. Schalk
    on behalf of Creditor NATIONSTAR MORTGAGE LLC jschalk@barley.com  sromig@barley.com

Joshua I. Goldman
    on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com  kevin.shatley@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6