**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHERIE SHARP<br><br>       Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Respondents. | Case No.:15-22593<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 28, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/17/2015 and confirmed on 10/15/15. The case was subsequently     Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 126,291.00 |
| Less Refunds to Debtor | 2,016.02 | |
| TOTAL AMOUNT OF PLAN FUND | | 124,274.98 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,310.00 | |
|   Trustee Fee | 5,492.17 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,802.17 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 69,880.88 | 0.00 | 69,880.88 |
|     Acct: 5905 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 104.62 | 104.62 | 0.00 | 104.62 |
|     Acct: 5905 | | | | |
|   JPMORGAN CHASE BANK NA | 9,452.27 | 9,452.27 | 500.63 | 9,952.90 |
|     Acct: 2009 | | | | |
| | | | | 79,938.40 |
| **Priority** | | | | |
|   GARY H SIMONE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHERIE SHARP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHERIE SHARP | 1,958.00 | 1,958.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHERIE SHARP | 58.02 | 58.02 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RISHOR SIMONE | 3,310.00 | 3,310.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX4687 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 7,036.99 | 3,481.74 | 0.00 | 3,481.74 |
|     Acct: 1743 | | | | |
|   CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX5371 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 207.11 | 102.47 | 0.00 | 102.47 |
|     Acct: 0083 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX6935 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX9497 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

15-22593 Page 2 of 2

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXXXXXXXXXXX2842 | | | | |
| ECAST SETTLEMENT CORP | 2,532.07 | 1,252.81 | 0.00 | 1,252.81 |
| Acct: 3170 | | | | |
| DISCOVER PERSONAL LOANS** | 9,297.85 | 4,600.36 | 0.00 | 4,600.36 |
| Acct: 7274 | | | | |
| US DEPARTMENT OF EDUCATION | 27,089.67 | 13,403.34 | 0.00 | 13,403.34 |
| Acct: 5912 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 7,240.47 | 3,582.42 | 0.00 | 3,582.42 |
| Acct: 9636 | | | | |
| CAPITAL ONE NA** | 383.29 | 189.64 | 0.00 | 189.64 |
| Acct: 0424 | | | | |
| MIDLAND FUNDING LLC | 273.17 | 135.16 | 0.00 | 135.16 |
| Acct: 8672 | | | | |
| MAGEE WOMENS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX5107 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,512.03 | 1,737.67 | 0.00 | 1,737.67 |
| Acct: 1994 | | | | |
| UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX5047 | | | | |
| UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0000 | | | | |
| MIDLAND FUNDING LLC | 4,138.19 | 2,047.48 | 0.00 | 2,047.48 |
| Acct: 3934 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 10,108.24 | 5,001.32 | 0.00 | 5,001.32 |
| Acct: 4110 | | | | |
| | | | | 35,534.41 |

TOTAL PAID TO CREDITORS 115,472.81

TOTAL CLAIMED
PRIORITY         0.00
SECURED      9,556.89
UNSECURED   71,819.08

Date: 09/28/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   CHERIE SHARP

        Debtor(s)

   Ronda J. Winnecour
        Movant
     vs.
   No Repondents.

Case No.:15-22593

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                         BY THE COURT:

                         _____
                         U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                   Case No. 15-22593-GLT
Cherie Sharp                                                                             Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: jhel                       Page 1 of 3
Date Rcvd: Sep 29, 2020            Form ID: pdf900                Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherie Sharp, 172 Deer Creek Valley Road, Tarentum, PA 15084-2610 |
| 14079082 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, P.O. Box 982235, El Paso, TX 79998 |
| 14107928 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14079084 | | CBNA, PO Box 16119, Philadelphia, PA 19114-0119 |
| 14079083 | | CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14079085 | | CBNA-Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14079087 | | Chase Auto, PO Box 901003, Ft Worth, TX 76101-2003 |
| 14079089 | | Citi Cards, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14121049 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14079092 | | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14079091 | | Fed Loan Services, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14079095 | | Magee Womans Hospital, PO Box 382059, Pittsburgh, PA 15251-8059 |
| 14125441 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, NATIONSTAR MORTGAGE LLC, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS, TX 75261-9741 |
| 14079096 | | Nationstar Mortgage, PO Box 60516, City of Industry, CA 91716-0516 |
| 14089311 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14079097 | | Target National Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 14120284 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14079098 | | UPMC Passavant, P.O. Box 382059, Pittsburgh, PA 15250-8059 |
| 14079099 | + | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 03:13:17 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14079090 | | Email/Text: mrdiscen@discover.com | Sep 30 2020 03:38:00 | Discover, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14086638 | + | Email/Text: dplbk@discover.com | Sep 30 2020 03:43:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14079086 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2020 03:13:05 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14079088 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2020 03:11:20 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 14126499 | | Email/Text: bk.notifications@jpmchase.com | Sep 30 2020 03:40:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 14079093 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2020 03:38:00 | Kohls Department Store, N56W17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14079094 | | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2020 | Form ID: pdf900 | Total Noticed: 35 |

| | | | |
|---|---|---|---|
| | | Sep 30 2020 03:11:10 | Lowes/GEGRB, P.O. Bopx 965004, Orlando, FL 32896-5004 |
| 14113018 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2020 03:41:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14178887 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 03:09:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14128152 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 03:13:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14225448 | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2020 03:40:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14114693 | + Email/Text: bncmail@w-legal.com | Sep 30 2020 03:42:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14128015 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2020 03:11:24 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14079100 | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:12:56 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14079101 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2020 03:13:09 | Worlds Foremost Bank, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 3 of 3 |
| Date Rcvd: Sep 29, 2020 | Form ID: pdf900 | Total Noticed: 35 |

Gary H. Simone
    on behalf of Debtor Cherie Sharp rishor.simone1@1stcounsel.com

Joseph P. Schalk
    on behalf of Creditor NATIONSTAR MORTGAGE LLC jschalk@barley.com  sromig@barley.com

Joshua I. Goldman
    on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com  kevin.shatley@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 6