**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Cherie Sharp** | Social Security number or ITIN **xxx–xx–5912** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **15−22593−GLT**

# Order of Discharge                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cherie Sharp

11/16/20                                                                      **By the court:**     Gregory L. Taddonio
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Cherie Sharp  
    Debtor(s)

Case No. 15-22593-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 3  
Date Rcvd: Nov 16, 2020      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherie Sharp, 172 Deer Creek Valley Road, Tarentum, PA 15084-2610 |
| 14079084 | | CBNA, PO Box 16119, Philadelphia, PA 19114-0119 |
| 14079087 | | Chase Auto, PO Box 901003, Ft Worth, TX 76101-2003 |
| 14079092 | | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14079091 | | Fed Loan Services, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14079094 | | Lowes/GEGRB, P.O. Bopx 965004, Orlando, FL 32896-5004 |
| 14079095 | | Magee Womans Hospital, PO Box 382059, Pittsburgh, PA 15251-8059 |
| 14113018 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14125441 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, NATIONSTAR MORTGAGE LLC, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS, TX 75261-9741 |
| 14079096 | | Nationstar Mortgage, PO Box 60516, City of Industry, CA 91716-0516 |
| 14089311 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14120284 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14079098 | | UPMC Passavant, P.O. Box 382059, Pittsburgh, PA 15250-8059 |
| 14079099 | + | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2020 03:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2020 03:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 17 2020 06:13:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14079082 | | EDI: BANKAMER.COM | Nov 17 2020 06:13:00 | Bank Of America, P.O. Box 982235, El Paso, TX 79998 |
| 14107928 | | EDI: BL-BECKET.COM | Nov 17 2020 06:13:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14079083 | | EDI: CITICORP.COM | Nov 17 2020 06:13:00 | CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14079085 | | EDI: CITICORP.COM | Nov 17 2020 06:13:00 | CBNA-Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14079089 | | EDI: CITICORP.COM | Nov 17 2020 06:13:00 | Citi Cards, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14079090 | | EDI: DISCOVER.COM | Nov 17 2020 06:13:00 | Discover, PO Box 30954, Salt Lake City, UT 84130-0954 |

Case 15-22593-GLT    Doc 60    Filed 11/18/20    Entered 11/19/20 00:43:11    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: 3180W | Total Noticed: 37 |

| | | | |
|---|---|---|---|
| 14086638 | + EDI: DISCOVERPL | Nov 17 2020 06:13:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14121049 | EDI: ECAST.COM | Nov 17 2020 06:13:00 | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14079086 | EDI: JPMORGANCHASE | Nov 17 2020 06:13:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14079088 | EDI: JPMORGANCHASE | Nov 17 2020 06:13:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 14126499 | EDI: CAUT.COM | Nov 17 2020 06:13:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 14079093 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 17 2020 03:56:00 | Kohls Department Store, N56W17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14178887 | EDI: PRA.COM | Nov 17 2020 06:13:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14128152 | EDI: PRA.COM | Nov 17 2020 06:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14225448 | EDI: Q3G.COM | Nov 17 2020 06:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14114693 | + Email/Text: bncmail@w-legal.com | Nov 17 2020 03:58:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14079097 | EDI: WTRRNBANK.COM | Nov 17 2020 06:13:00 | Target National Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 14128015 | EDI: CAPITALONE.COM | Nov 17 2020 06:13:00 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14079100 | EDI: RMSC.COM | Nov 17 2020 06:13:00 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14079101 | EDI: CAPITALONE.COM | Nov 17 2020 06:13:00 | Worlds Foremost Bank, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020              Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Gary H. Simone | on behalf of Debtor Cherie Sharp rishor.simone1@1stcounsel.com |
| Joseph P. Schalk | on behalf of Creditor NATIONSTAR MORTGAGE LLC jschalk@barley.com sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6