**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/16/20 1:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
CHERIE SHARP

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:15-22593

Chapter 13

Related to Dkt. No. 54

ORDER OF COURT

AND NOW, this 16th day of November 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 15-22593-GLT
Cherie Sharp                                                                              Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: aala                                      Page 1 of 3
Date Rcvd: Nov 16, 2020                   Form ID: pdf900                                 Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherie Sharp, 172 Deer Creek Valley Road, Tarentum, PA 15084-2610 |
| 14079082 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, P.O. Box 982235, El Paso, TX 79998 |
| 14107928 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14079084 | | CBNA, PO Box 16119, Philadelphia, PA 19114-0119 |
| 14079083 | | CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14079085 | | CBNA-Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14079087 | | Chase Auto, PO Box 901003, Ft Worth, TX 76101-2003 |
| 14079089 | | Citi Cards, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14121049 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14079092 | | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14079091 | | Fed Loan Services, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14079094 | | Lowes/GEGRB, P.O. Bopx 965004, Orlando, FL 32896-5004 |
| 14079095 | | Magee Womans Hospital, PO Box 382059, Pittsburgh, PA 15251-8059 |
| 14113018 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14125441 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, NATIONSTAR MORTGAGE LLC, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS, TX 75261-9741 |
| 14079096 | | Nationstar Mortgage, PO Box 60516, City of Industry, CA 91716-0516 |
| 14089311 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14079097 | | Target National Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 14120284 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14079098 | | UPMC Passavant, P.O. Box 382059, Pittsburgh, PA 15250-8059 |
| 14079099 | + | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 09:16:47 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14079090 | | Email/Text: mrdiscen@discover.com | Nov 17 2020 03:56:00 | Discover, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14086638 | + | Email/Text: dplbk@discover.com | Nov 17 2020 03:58:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14079086 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 17 2020 03:42:57 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14079088 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 17 2020 03:44:26 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 14126499 | | Email/Text: bk.notifications@jpmchase.com | Nov 17 2020 03:57:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14079093 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

|  |  |  | Nov 17 2020 03:56:00 | Kohls Department Store, N56W17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| --- | --- | --- | --- | --- |
| 14178887 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 09:16:47 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14128152 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 09:16:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14225448 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2020 03:57:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14114693 | + | Email/Text: bncmail@w-legal.com | Nov 17 2020 03:58:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14128015 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 17 2020 03:44:28 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14079100 | | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 03:45:58 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14079101 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 17 2020 03:44:28 | Worlds Foremost Bank, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2020                Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Gary H. Simone | on behalf of Debtor Cherie Sharp rishor.simone1@1stcounsel.com |
| Joseph P. Schalk | on behalf of Creditor NATIONSTAR MORTGAGE LLC jschalk@barley.com sromig@barley.com |

District/off: 0315-2 | User: aala | Page 3 of 3
Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 35

Joshua I. Goldman
        on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com
        kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 6